IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

2012 SEP 24 P 3: 51

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| SCHNADER HARRISON SEGAL<br>& LEWIS LLP,<br><br>Plaintiff,<br><br>v.<br><br>LOREN W. HERSHEY,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) Civil No. 1:12-cv-00928-AJT/IDD<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF HEARING ON LOREN W. HERSHEY'S MOTION REQUESTING ADDITIONAL TIME TO RESPOND TO CIVIL COMPLAINT

PLEASE TAKE NOTICE that on September 24, 2012, Loren W. Hershey filed a Motion Requesting Additional Time to Respond to Civil Complaint and requests herewith a hearing on the Motion on Friday, October 12, 2012 at 10:00 a.m. before the Honorable Ivan D. Davis, Magistrate Judge.

Dated: Alexandria, Virginia
September 24, 2012

Loren W. Hershey (Appearing Pro Se)
1725 I Street, N.W., Suite 300
Washington, D.C. 20006
(202) 349-4185