IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SCHNADER HARRISON SEGAL & LEWIS LLP, <br><br> Plaintiff, <br><br> v. <br><br> LOREN W. HERSHEY, <br><br> Defendant | Civil No. 1:12-CV-00928-AJT/IDD |

### NOTICE

PLEASE TAKE NOTICE that on Friday, February 1, 2013, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the plaintiff will present to the Court the Motion to Compel Responses to Requests for Production.

Dated: January 25, 2013

Respectfully submitted,

SCHNADER HARRISON SEGAL & LEWIS LLP

_____
Levi Jones (Va. Bar No. 78644)
750 Ninth Street, N.W., Suite 550
Washington, DC 20001-4534
Phone: 202-419-4202
Fax:    202-419-4252
ljones@schnader.com
Jonathan Stern (Va. Bar No. 41930)
jstern@schnader.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25th, 2013, I electronically filed the foregoing Notice. This document was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties using the CM/ECF system.

I also hereby certify that on January 25, 2013, I deposited a true copy of this Notice into a receptacle for the U.S. mail after placing them in an envelope with first-class postage and addressing them to the following party:

>Loren W. Hershey
>1725 I Street, N.W.
>Suite 300
>Washington, D.C. 20006

>_____
>Levi Jones (Va. Bar No. 78644)
>750 Ninth Street, N.W., Suite 550
>Washington, DC 20001-4534
>Phone: 202-419-4211
>Fax:    202-419-4244
>ljones@schnader.com