IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SCHNADER HARRISON SEGAL & LEWIS LLP,<br><br>Plaintiff,<br><br>v.<br><br>LOREN W. HERSHEY,<br><br>Defendant | Civil No. 1:12-CV-00928-AJT/IDD |

## NOTICE

PLEASE TAKE NOTICE that on Friday, March 15, 2013, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, Schnader Harrison Segal & Lewis LLP will present to the Court its Motion for Summary Judgment.

Dated:  February 23, 2013            Respectfully submitted,

                                     SCHNADER HARRISON SEGAL & LEWIS LLP

/s/ Jonathan M. Stern
Jonathan Stern (Va. Bar No. 41930)
Email: jstern@schnader.com
Levi Jones (Va. Bar No. 78644)
ljones@schnader.com
750 Ninth Street, N.W., Suite 550
Washington, DC 20001-4534
Phone: 202-419-4202
Fax:    202-419-4252

PHDATA 4293873_1

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2013, I electronically filed the foregoing Notice. This document was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties using the CM/ECF system.

I also hereby certify that on February 23, 2013, I deposited a true copy of this Notice into a receptacle for the U.S. mail after placing them in an envelope with first-class postage and addressing them to the following party:

>Loren W. Hershey
>1725 I Street, N.W.
>Suite 300
>Washington, D.C. 20006

>/s/ Jonathan M. Stern
>Jonathan Stern (Va. Bar No. 41930)
>Email: jstern@schnader.com
>Levi Jones (Va. Bar No. 78644)
>ljones@schnader.com
>750 Ninth Street, N.W., Suite 550
>Washington, DC 20001-4534
>Phone: 202-419-4202
>Fax:    202-419-4252