# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

|  |  |  |
|---|---|---|
| SCHNADER HARRISON SEGAL & LEWIS LLP, | * | |
| Plaintiff / Counter-Defendant, | * | |
| v. | * | Case No. 1:12-CV-00928-AJT-IDD |
| LOREN W. HERSHEY, | * | |
| Defendant/Counter-Plaintiff. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, March 22, 2013, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the plaintiff will present to the Court (the United States District Court for the Eastern District of Virginia, 401 Courthouse Square, Alexandria, Virginia 22314) the Motion to Intervene and to Quash Subpoenas Issued in Conjunction with Loren W. Hershey's Application for Issuance of Subpoenas and Subpoenas Duces Tecum.

Dated: March 12, 2013        WHITEFORD, TAYLOR & PRESTON L.L.P.

By: /s/ *Bradford F. Englander*
Bradford F. Englander, VSB# 36221
Christopher A. Jones, VSB # 40064
Justin P. Fasano, VSB # 75983
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
(703) 280-3385 (tel)
(703) 259-6534 (fax)

*Counsel for Acadia Investments, L.C.*

## **Certificate of Service**

I hereby certify that on March 12, 2013, I electronically filed the foregoing Notice. This document was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties using the CM/ECF system.

I also hereby certify that on March 12, 2013, I deposited a true copy of this Notice into a receptacle for the U.S. mail after placing them in an envelope with first-class postage and addressing them to the following party:

>Loren W. Hershey
>2451 Fairhunt Court
>Oakton, VA 22124
>
>Loren W. Hershey, Esq.
>Loren W. Hershey, Attorney at Law, P.C.
>1725 I Street, N.W., Suite 300
>Washington, D.C.  20006
>lwhesq@aol.com
>
>Levi Earl Jones
>Schnader Harrison Segal & Lewis LLP
>750 Ninth Street NW
>Suite 550
>Washington, DC 20001-4534

>/s/     *Bradford F. Englander*
>Bradford F. Englander, VSB# 36221
>3190 Fairview Park Drive, Suite 300
>Falls Church, Virginia 22042
>(703) 280-3385 (tel)
>(703) 259-6534 (fax)
>benglander@wtplaw.com