## ** CIVIL MOTION MINUTES **

Date:  3/15/2013 　　　　　　　　　　　　　Judge:  Trenga
　　　　　　　　　　　　　　　　　　　　　Court Reporter:  R. Montgomery
Time:  10:06 a.m. – 11:26 a.m.

Civil Action Number:  1:12cv00928

Schnader Harrison Segal & Lewis LLP v. Hershey

Appearances of Counsel for:　　　☒ Plaintiff(s)　　　☒ Pro Se Defendant(s)

Motion to/for:
[38] Motion for Summary Judgment by Pltf

Argued &
☒ Granted　　　☐ Denied　　　☐ Granted in Part/Denied in Part
☐ Taken Under Advisement　　　☐ Continued to:

- Court orders Pro Se Deft to pay $100 to the Clerk's Office immediately for his lateness.
- [38] Motion for Summary Judgment by Pltf argued and **GRANTED** as to Count 1 of the Complaint and Counts 1 – 6 of Deft's Counterclaim.  Judgment will be entered against the Deft in the amount of $260,713.37 with pre-judgment and post-judgment interest as set forth in the retainer agreement.

☒ Order to follow